MGD

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Soto, Sr., | No. CV 13-0692-PHX-DGC (MEA) |
| Plaintiff, | |
| vs. | **ORDER** |
| Matt Ritter, | |
| Defendant. | |

On April 4, 2013, Plaintiff Christopher J. Soto, Sr., who is confined in the Pinal County Jail in Florence, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and an Application to Proceed *In Forma Pauperis* (Doc. 2). In an Order dated May 20, 2013, the Court dismissed Plaintiff's Complaint for failure to state a claim and instructed the Clerk of Court to enter judgment accordingly. (Doc. 14.) Judgment was entered on that same day. (Doc. 16.)

On June 21, 2013, Plaintiff filed a document titled "Requesting the Decree of Assurance" (Doc. 18), in which he asks the Court "what procedures have been ordered by the courts to assure that plaintiff's claim has been resolved and will not accure (sic) as problems do still show adverse affect to the Plaintiff." Plaintiff cites to *Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC), Inc.*, 528 U.S. 167 (2000), and asks the Court to submit "a decree outlining the assurance that these violations will not accure pursu[]ant to [*Laidlaw*]."

1 Plaintiff's Complaint was dismissed for failure to state a claim against his criminal
2 defense attorney and this case was closed on May 20, 2013. Plaintiff's request provides
3 no basis for reconsideration of the dismissal of this action or any other relief.

4 **IT IS ORDERED** that to the extent that Plaintiff seeks any relief in his request
5 (Doc. 18), such relief is **denied**.

6 Dated this 13th day of August, 2013.

David G. Campbell
United States District Judge